STATE OF LOUISIANA * PARISH OF OUACHITA
FOURTH JUDICIAL DISTRICT COURT

**FEB 26 2021**

BRENDA G. CLEVELAND        FILED: _____

VERSUS NO. 21-0536

WALMART, INC.              BY: **PAYTON DEA** _____
                               DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through, undersigned counsel, comes plaintiff, **BRENDA G. CLEVELAND**, who desires to make her petition as follows:

1.

Made defendant herein is **WALMART, INC.**, a corporation (herein sometimes referred to as "**WALMART**").

2.

Said defendant is justly and truly indebted unto petitioner, **BRENDA G. CLEVELAND**, (herein after referred to as "**CLEVELAND**") for a reasonable amount of compensatory damages in the premises as prayed for, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following causes and reasons, to wit:

3.

At all times mentioned herein:

    A. **CLEVELAND** was an invitee on the premises of Wal-Mart; and

    B. The **WALMART, INC.** was operating a store for customers that were invited on the premises to do business;

4.

On or about February 29, 2020, plaintiff **CLEVELAND**, was legally on the defendant's premises and was involved in a slip and fall accident while walking in the store causing in lower back, legs, and left arm.

5.

Plaintiff contends that the floor was slippery which caused her to fall.

6.

Plaintiff has good reason to believe that defendant, through its employees were well aware that the floor was slippery, but failed to warn of the danger by placing a slippery or wet floor signs out, or rugs to protect patrons from falling.

7.

Defendant through its employees failed to make sure that the floor was properly maintained.

8.

As a result, **CLEVELAND** suffered both substantial physical injuries and subsequent mental anguish.

9.

The plaintiff, **CLEVELAND**, was treated for her injuries..

10.

Defendant, **WALMART, INC.**, is vicarious liable for its employees negligence in that they failed to mop up slippery substance and they failed to inspect the area where she fell, which caused plaintiff to slip and injure herself.

11.

Defendant, **WALMART, INC.**, was negligent in various acts and omissions, including the following, to-wit:

- A) Failure to maintain a reasonable inspection of the floor;
- B) Failure to post wet or slippery floor signs over the area where the floor; and
- C) Creating an unreasonable dangerous condition or risk of harm by not mopping up water or wax that was on the floor where it was reasonably foreseeable to cause harm.

12.

The plaintiff, **CLEVELAND**, itemized her damages as a result of her injuries as follows:

- A) Medical expenses (past, present & future);
- B) Physical pain (past, present & future);

Exhibit A-1

C) Mental anguish (past, present & future);

D) Physical Impairment (past, present, and future);

E) Inconvenience (past, present & future); and

F) Loss of Wages and Earning Capacity.

13.

Upon reasonable belief, plaintiff believes that defendant, **WALMART, INC.**, had insurance that would cover its acts and omissions.

**WHEREFORE, PLAINTIFF, BRENDA G. CLEVELAND**, prays for judgment against the defendant, **WALMART, INC.**, for compensatory damages in a reasonable amount in the premises, plus all costs of these proceedings; that the court fix the fee for each expert witness that the plaintiff may be required to call or use to establish this cause, and tax the same as costs; plaintiff further prays for all general and equitable relief in the premises.

Respectfully Submitted,

ROSS LAW FIRM
602 North 5th Street
Post Office Box 1295
Monroe, LA 71210-1295
Telephone Number: (318) 322-8776
Facsimile: (318) 322-1860

BY: _____
JAMES E. ROSS, JR., LSB# 1571
Attorney for Plaintiff

**PLEASE SERVE:**

WALMART, INC.
Through its Agent of process of service

C.T. CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE, LOUISIANA 70816

A TRUE COPY
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH

Exhibit A-1